JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MAJOR BOB MUSIC, UNIVERSAL MUSIC COPORATION, UNIVERSAL-POLYGRAM INTERNATIONAL PUBLISHING, INC., EMI APRIL MUSIC INC., MONICA'S RELUCTANCE TO LOB, WB MUSIC CORP., CHRIS-N-JEN MUSIC, AGGRESSIVE MUSIC, BON JOVI PUBLISHING AND FUN WITH GOATS,

        Plaintiffs,

    v.

ART'S PLACE, INC. AND ARTHUR DAVID ROUSE,

        Defendants,

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 5:09-cv-01687 JLQ (OPx)

**CONSENT JUDGMENT**

(17 U.S.C. §§ 101 *ET SEQ*)

WHEREAS, plaintiffs Major Bob Music, Universal Music Corporation, Universal-Polygram International Publishing, Inc., EMI April Music Inc., Monica's Reluctance to Lob, WB Music Corp., Chris-N-Jen Music, Aggressive Music, Bon Jovi Publishing, and Fun with Goats ("Plaintiffs") are owners of the copyrights in the musical compositions listed in Schedule A to Plaintiffs' Complaint filed in this action and members of the American Society of Composers, Authors and Publishers ("ASCAP"); and

WHEREAS, defendants Art's Place, Inc., and Arthur David Rouse ("Defendants"), at the times of the infringing acts alleged in the Complaint, did own, control, manage, operate, and maintain a place of business for public entertainment,

1   accommodation, amusement, and refreshment known as Art's Place, located at 21860

2   Hwy. 18, in Apple Valley, in the State of California and

3       WHEREAS, without authorization or consent, Defendants, on the dates

4   specified on Schedule A to the Complaint, publicly performed Plaintiffs' copyrighted

5   musical compositions at Art's Place, located at 21860 Hwy. 18, in Apple Valley, in

6   the State of California for the entertainment and amusement of the patrons attending

7   said premises in violation of Plaintiffs' rights under 17 U.S.C. § 106(4), as a remedy

8   for which Plaintiffs are entitled to judgment against Defendants for willful copyright

9   infringement.

10      Both parties have agreed to the entry of this Consent Judgment.

11      NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND

12  DECREED that:

13      1.   (a)   Judgment is entered for Plaintiffs and against Defendants on the

14  claims set forth in Plaintiffs' Complaint in the amount of Fifteen Thousand Dollars

15  ($15,000.00) (the "Consent Judgment Amount").  Notwithstanding the foregoing, the

16  parties have agreed that this Judgment may be satisfied upon Defendants' payment of

17  the sum of Ten Thousand Two Hundred Fifty Dollars ($10,250.00) (the "Settlement

18  Amount") as provided in Paragraph 2 below.

19          (b)   The amount provided for in this Consent Judgment shall be in full

20  settlement of all claims against Defendants arising out of Plaintiffs' Complaint and all

21  other claims for copyright infringement arising out of unauthorized public performances

22  of ASCAP's members' musical works by Defendants and their successors, shareholders,

23  partners, officers, directors, predecessors, assigns, agents, and employees at Art's

24  Place, located at 21860 Hwy. 18, in Apple Valley, in the State of California, during

25  all periods up to and including the date of entry of this Consent Judgment.

26      2.   (a)   Defendants shall pay the Settlement Amount by an initial payment

27  of Two Thousand Dollars ($2,000.00) to be made on or before March 31, 2010, and

28  subsequent monthly installment payments of Five Hundred Fifty Dollars ($550.00) to

be made on the first of the month each month for fifteen (15) months beginning May 2010 and ending July 2011.

(b)   Defendants shall make the payments provided for above in the form of a certified, cashier's, bank, or corporate business check drawn on a California bank, made payable to "ASCAP," and delivered to Danika B. Vittitoe, Esq., at Arnold & Porter LLP, 777 South Figueroa Street, 44th Floor, Los Angeles, California 90017, or such other person as Plaintiffs' attorneys shall designate to receive such payments.

3.    In the event that Defendants fail to make any of the payments provided for in paragraph 2(a), upon receipt by Defendants of written notice from Plaintiffs or their undersigned attorneys of any such delinquency, Defendants shall have ten (10) calendar days in which to cure such delinquency.  If the delinquency is not cured within such ten (10) day period, Defendants shall be obligated to pay the full Consent Judgment amount of Fifteen Thousand Dollars ($15,000.00), less any payments previously made to Plaintiffs pursuant to paragraph 2 above.  Such balance shall be immediately due and payable, and execution therefor may issue forthwith and without any further notice to Defendants.

4.    Plaintiffs shall be granted all such writs and process as is necessary or proper for the enforcement of this Consent Judgment.

5.    Subject to the Court's continuing jurisdiction over the parties for purposes of enforcement of this Consent Judgment, this action is dismissed.

**IT IS SO ORDERED.**

The Clerk shall enter this Judgment and close the file.

Dated May 22, 2010.

s/ Justin L. Quackenbush
JUSTIN L. QUACKENBUSH
SENIOR UNITED STATES DISTRICT JUDGE